**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**FERNANDO J TORRES**     Case No.   11-05979-ESL

Chapter 13     Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO**

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [ ]Present | [ ] Absent | |
| Joint Debtor | [ ]Present | [ ] Absent | |
| Attorney for Debtor | [ ]Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Substitute | | | |

Date & Time:   8/23/2011 10:00:00AM

[ ] R     [ ] NR     LV:

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

**II. Oath Administered**
    [ ] Yes     [ ] No

**III. Plan**

Date:   07/14/2011     Base:   $7,200.00     Payments 0 made out of due.

Confirmation Hearing Date:   9/14/2011   9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
    $3,000.00   -   $146.00    =   $2,854.00

**IV. Status of Meeting**

[ ] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:   9/26/2011 10:30:00AM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
# REPORT OF ACTION TAKEN
# MEETING OF CREDITORS

In re:

**FERNANDO J TORRES**  Case No.  **11-05979-ESL**

Chapter 13  Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO**

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State - years |
| [ ] Insuarence quote |   [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

Due to tropical storm Irene, Chapter 13 Office was without power from Monday August 22 to Wednesday, August 24, 2011.  Consequently, all meeting of creditors scheduled for these says could not be held.  Attorney for debtor(s) to notice the rescheduled date and time and, file a certificate of service with the court.

**s/Alejandro Oliveras**  Date:  08/23/2011

  **Trustee/Presiding Officer**  (Rev. 02/11)