UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *IN THE MATTER OF:* <br><br> *FERNANDO J TORRES* <br><br> *xxx–xx–5742* <br><br> Debtor(s) | Case No. 11–05979–ESL13 ESL <br><br> Chapter 13 <br><br><br> FILED & ENTERED ON <br> *9/1/11* |

*NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST*

    A hearing will be held at 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR 00901 on Wednesday, November 2, 2011 at 09:00 AM to act upon the following matters:

CONFIRMAITON HEARING

    Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015–2(e)(1).

    San Juan, Puerto Rico, The 1st of September, 2011.

                                        *MARIA DE LOS ANGELES GONZALEZ*
                                        Clerk of the Court

                                        By:*EVANGELINA MENDEZ GOMEZ*
                                           Deputy Clerk